Steven M. Johnson 126693
MD. DOC 30 Hilltop MD 21215-0342
MCI Norfolk Norfolk MA 02056-0073
(Respondent[s])

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, Steven M. Johnson , declare that I am the petitioner in the above
entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor,
state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I
am entitled to relief.

Are you presently employed?    Yes_____    No___✓___

a.    If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your
employer.

_____

b.    If the answer is no, state the date of last employment and the amount of the salary and wages per month which
you received.

____Feb  20. 00_____

Have you received, within the past twelve months, any money from any of the following sources?

a.    Business, profession or form of self-employment?    Yes____    No___✓___
b.    Rent payments, interest or dividends?    Yes____    No___✓___
c.    Pensions, annuities or life insurance payments?    Yes____    No___✓___
d.    Gifts or inheritances?    Yes____    No___✓___
e.    Any other sources?    Yes____    No___✓___

If the answer to any of the above is yes, describe each source of money and state the amount received from each
during the past twelve months.    ✓

_____

Do you own any cash, or do you have money in a checking or savings account?    Yes___✓___    No_____
(Include any funds in prison accounts)

If the answer is yes, state the total value of the items owned._150. 00  Savings_____

_____

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary
household furnishings and clothing)?    Yes_____    No___✓___

If the answer is yes, describe the property and state its approximate value._____

_____

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :**  20040827 15:02

| | | |
|---|---|---|
| **Commit# :** | T26693 | **MCI NORFOLK** |
| **Name :** | JOHNSON, STEVEN, M, | **Statement From** 20040301 |
| **Inst :** | MCI NORFOLK | **To** 20040827 |
| **Block :** | SMU2 | |
| **Cell/Bed :** | 226 /A | |

Page : 4

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040813 15:03 | IC - Transfer from Inmate to Club A/c | 3237266 | | NOR | ~CARLS JOHNSON~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20040817 13:15 | IC - Transfer from Inmate to Club A/c | 3244796 | | NOR | ~CARL H. JOHNSON~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20040820 13:20 | CI - Transfer from Club to Inmate A/c | 3265380 | | NOR | ~CANTEEN REFUND 7/29~T26693 JOHNSON,STEVEN M PERSONAL~KCN WASH ACCOUNT - Z5 | $2.13 | $0.00 | $0.00 | $0.00 |
| 20040823 10:39 | IC - Transfer from Inmate to Club A/c | 3268770 | | NOR | ~NORFOLK SUPERIOR COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20040823 10:40 | IC - Transfer from Inmate to Club A/c | 3268784 | | NOR | ~LAW OFFICE OF S.H. ESQ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| | | | | | | $408.61 | $430.03 | $382.28 | $188.12 |

|  | Personal | Savings |
|---|---|---|
| **Balance as of ending date :** | $4.67 | $343.73 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $4.67 | $343.73 | $0.00 | $0.00 | $0.00 | $0.00 |




# The Commonwealth of Massachusetts
## Executive Office of Public Safety
### Department of Correction
### Massachusetts Correctional Institution Norfolk
2 Clark Street, P.O. Box 43

Norfolk, Massachusetts 02056

Tel: (508)660-5900

*www.mass.gov/doc*

**Mitt Romney**
*Governor*

**Kerry Healy**
*Lt. Governor*

**Edward Flynn**
*Secretary*

**Kathleen M. Dennehy**
*Commissioner*

**James Bender**
*Acting Deputy Commissioner*

**Luis S. Spencer**
*Superintendent*

TO: STEVEN M. JOHNSON *T 26693 μκ*

FROM: MARSHA A. COLLINS TREASURER

DATE: AUGUST 20, 2004

RE: INMATE ACCOUNT

   Your correspondence to Supt. Spencer concerning your account has been referred to me for reply. I have sent you Inmate Transaction Reports several times to help you identify any issues you had with your account. I am again enclosing the report but this time I have noted your balance after every transaction. Please review this report for any questions on your balance. You can send your concerns directly to my attention.