UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS


STEVEN M. JOHNSON

    PETITIONER

V.                                        C.A. No. 04-12086-WGY

KATHLEEN DENNEHY et.al
    RESPONDENT


## MOTION TO LEAVE TO FILE AN AMEMDED COMPLAINT:

    In this the Petitioner in this case makes this Motion per the courts instrcution and under Rule7b of the Rules of (Federal) Civil Proceedure. The Plaintiff makes this request to this Honorable court to allow the Petitioner/Plaintiff in this case to make a Amendment to his orginal Complaint.
    Additionally while this was still pending in this court the Respondents/Defendants have Retaliated against the Plaintiff again in this case for a Legal and Protected Right under the Constitution.


October 31, 2004
DATE

PETITIONER PRO SE
STEVEN M. JOHNSON
T26693 MCI-Norfolk
2 Clark Street
P.O.Box 43
Norfolk MA 02056-0043