UNITED STATES DISTRICT COURT:
DISTRICT OF MASSACHUSETTS

JOHNSON Steven M.                        CIVIL CASE
PLAINTIFF                              CASE No: 04-12086
   v.
KATHLEEN DENNEHEY        AMENDMENT OF RETALIATION:
SUPERINTENDENT SPENCER
DEFENDANTS

        In this the Plaintiff in this case has again been retaliated against by the Defendants on November 22, 2004 the D.Officer informed him that the pending Adjustment that was pending against him for Six Weeks has been dismissed but, they now have given the Plaintiff in this case another D-Report for filing a Grievance again. They have Retaliated against the Plaintiff in this case for a Lawful Activity of filing a Grievance for missing money out of his account.

        The Plaintiff in this case filed this Grievance in good faith but, was soon found to have been given a D-Report for filing of the grievance again.

        The Defendants in this case have continued to Retaliate against the Plaintiff in this case Pratt v Rowland 770 F. Supp 1399, Thomas v. Evan 880 F.2d 1235

        The Plaintiff is being unduly punished by the defendants in this case for exercising of his constitution-al Rights.

SIGNED ON THIS 23 DAY OF NOVEMBER 2004

                             STEVEN M. JOHNSON
                             T26693 MCI-Norfolk
                             P.O. Box 43
                             2 Clark Street
                             NORFOLK MA 02056-

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### DISCIPLINARY REPORT

| | | | | | |
|---|---|---|---|---|---|
| **Inmate** | JOHNSON, STEVEN M | **Commit No** | T26693 | **Housing Unit** | SMU2 |
| **Date** | 19-NOV-2004   **D- Report No.** 46774 | **Institution** | MCI NORFOLK | | |

**OFFENSE(S) & CODE NO.:**
- 01-DISOBEYING AN ORDER, LYING, INSOLENCE
- 02-VIOLATING ANY DEPARTMENT RULE OR REGULATION
- 06-COUNTERFEITING, FORGING, MISREPRESENTATION

**Major** [X]     **Minor** [ ]

**Description of Offense(s)**

On Friday November 19, 2004 at approx. 11:50 pm, I did discover that inmate Johnson lied on a grievance that he had submitted to this office. Inmate Johnson claims that Superintendent Spencer authorized him to purchase clothing via a savings to personal request form. Inmate Johnson submitted the request to transfer $15.00 in funds for canteen and certified postage. As supporting documentation to this grievance, Inmate Johnson only provided the lower half of the savings to personal form with the Superintendents signature and approval on it. This in an attempt to misrepresent what the approval was for. This documentation has been placed into evidence.

**Has Inmate been placed on Awaiting Action Status**     Yes [ ]     No [ ]

| | | | | | |
|---|---|---|---|---|---|
| **Referred to DA** | [ ] Yes  [X] No | **Referred to DDU** | [ ] Yes  [X] No | | |
| **Reporting Staff** | Kimberly Kenney A | **Date** 19-NOV-2004 | **Time** 12:59 | | |

**Days off**   Fri  Sat
**Shift**   7-3

**Shift Commander**   David Sullivan J     **Date** 19-NOV-2004     **Time** 14:58

**Disciplinary Officer**   David Malone W     **Date** 22-NOV-2004     **Time** 07:10

**Results**

| Code Description | Sanctions | Start Date | End Date | # of Units | SS |
|---|---|---|---|---|---|
| **Reviewing Authority** | | **Date** | | **Time** | |

20041122 09:57



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*Massachusetts Correctional Institution Norfolk*
*2 Clark Street, P.O. Box 43*
*Norfolk, Massachusetts 02056*
*Tel: (508)660-5900*

*www.mass.gov/doc*

Mitt Romney
*Governor*
Kerry Healy
*Lt. Governor*
Edward Flynn
*Secretary*

Kathleen M. Dennehy
*Commissioner*
James Bender
*Acting Deputy Commissioner*
Luis S. Spencer
*Superintendent*

November 24, 2004

Stephen Johnson, T26693
MCI-Norfolk
P.O. Box 43
Norfolk, MA 02056

Dear Mr. Johnson:

Your letter to the Director of Security, Daniel Calis dated November 18, 2004 in which you allege a disciplinary ticket to be illegal, has been referred to my office for reply.

Please be advised the Disciplinary Officer has informed me that this ticket was dismissed on November 19, 2004.

I trust this letter addresses your concerns.

Sincerely,

David Sullivan
Administrative Captain

cc: Daniel Calis, Director of Security
    Disciplinary Officer
    File

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
#### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | | |
|---|---|---|---|---|---|
| Name | JOHNSON STEVEN M | Grievance# | 7012 | Institution | MCI NORFOLK |
| Commit No. | T26693 | Housing | SMU2 | Date Of Incident | 20041119 |
| | | | | Date Of Grievance | 20041122 |

**Complaint:** on 11-19-04 sgt. kenney wrote a retaliation ticket on the above named inmate for filing a grievance about his clothes. grievance was filed in good faith but d report written in retaliation for pending case (3) in the courts and writing to commissisoner of corrections about previous d reports written in retaliation.

**Remedy Requested:** for sgt. kenney be reprimanded for violation of her job.

**Staff Recipient:** Kenney Kimberly A  CO II

**Staff Involved:** Kenney Kimberly A  CO II

**Signature:**

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received:** 20041126    **Decision Date:** 20041126

**Signature:** Kenney Kimberly A  CO II

**Final Decision:** Referred to Internal Affairs

**Decision:** due to the nature of the allegations, this grievance has been referred to IA for the appropriate review/ action.

**Signature:**    **Date:**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

### INMATE RECEIPT

| | | | | | |
|---|---|---|---|---|---|
| Name | JOHNSON STEVEN M | | | Institution | MCI NORFOLK |
| Commit No. | T26693 | Grievance# | 7012 | Date Received | 20041126 |

**Signature:** Kenney Kimberly A  CO II



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*Massachusetts Correctional Institution Norfolk*
2 Clark Street, P.O. Box 43
Norfolk, Massachusetts 02056
Tel: (508)660-5900

*www.mass.gov/doc*

Mitt Romney
*Governor*
Kerry Healy
*Lt. Governor*
Edward Flynn
*Secretary*

Kathleen M. Dennehy
*Commissioner*
James Bender
*Acting Deputy Commissioner*
Luis S. Spencer
*Superintendent*

November 24, 2004

Steven Johnson, T-26693
MCI-Norfolk/Unit SMU
P.O. Box 43
Norfolk, MA 02056

Dear Mr. Johnson:

Your letter to Commissioner Dennehy, dated October 13, 2004, regarding your employment as a runner in the Special Management Unit has been referred to my office for response.

Please be advised you are in the Special Management Unit on Administrative Segregation Pending Transfer Status due to the need for alternative placement based on allegations of potential safety issues. Therefore, you are not eligible for a runner's position while awaiting transfer in the Special Management Unit.

I trust this addresses your concerns.

Sincerely,

Luis S. Spencer
Superintendent

cc:   Kathleen M. Dennehy, Commissioner
      Christopher Mitchell, Deputy Superintendent
      Inmate File