UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

Rebecca Greenberg
Pro Se Staff Attorney
U.S. District Court
One Courthouse Way
Suite 2300
Boston, MA 02210

Steven M. Johnson
c/o Western Correctional Institution
13800 McMullen Highway, SW
Cumberland, MD 21502

May 11, 2005

Re: Memorandum and Order in Johnson v. Dennehy, et al., C.A. 04-12086-WGY

Dear Mr. Johnson:

 Enclosed is the Memorandum and Order entered by Chief Judge Young, which was returned to the Court as undeliverable, from MCI Norfolk. Also enclosed is the docket sheet, summonses, and information for you with respect to service of the summonses in accordance with the Court's Memorandum and Order allowing some claims to proceed, and dismissing others.

 The Court has authorized service of process by the United States Marshal, free of charge. However, it is your responsibility to effectuate service on the defendants and to provide the United States Marshal's Office with the required information.

 It is also required that you keep this Court apprized of any changes in your custodial residence or status, and provide a current mailing address.

       Very truly yours,
       /s/
       Rebecca Greenberg
       Pro Se Staff Attorney