To Clerk of the Court
U.S. Dist. Court For Boston

Civil Case
Case 04-12086WGY

U. S. District Court
Motion to Send complaint copy
to Lead Defendant

IN this the Plaintiff in this case requests of this Court permission to send original complaint (Amendment), to Lead Defendant on this case for it would cause a Hardship on the Plaintiff.

Plaintiff does not get Free legal copies in this State and must pay 15¢ per copy. Pluss cost of Postage would be a burden.

Additionally when Plaintiff first made this Amendment complaint to the Courts he sent Defendants a copy. Plaintiff Know's they received it for Sgt. Kenny Approached him shortly after he sent Defendants a copy of Amended complaint to try to Clarify her earlier comments toward the Plaintiff in this case.

Additionally Plaintiff is only allowed at Library once a week and even if Plaintiff attempted to retype petitions it would take him beyond the 120 day period Prescribed by Fed R. Civil P. 4(m)

So in this the Petitioner respectfully requests of this Court to allow him to proceed with sending Lead Defendant a copy of this Complaint Alternative allow the Clerk to Mail Complant Electronically

Respectfully
*[signature]*

Steven M. Johnson
355845
Western Correctional Institution
North Branch
13800 Mc Mullen Hwy
Cumberland   MD
21502 5422




UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

TONY ANASTAS
CLERK OF COURT

TELEPHONE: (617) 748-9152

DATE: 5/20/05

CASE NAME: Johnson v Dennehy

CIVIL ACTION NUMBER: 12086 WGY

## NOTICE TO PLAINTIFF

The judicial officer presiding over this action has ordered the United States Marshal to serve the summons(es) and complaint at your direction. Unless directed to do so by the Court, the Clerk's Office cannot provide you with free copies of documents.[1] Upon receipt of the enclosed forms, you are required to complete them and provide the United States Marshal with the following:

☐   One copy of the original complaint (and any amendments) for service on each defendant named in the caption of the complaint;

☐   One original summons (signed by the Clerk and bearing the seal of the Court) for each named defendant;

☐   One copy of each original summons for service on each named defendant;

☐   One copy of form USM-285 (Process Receipt and Return) for service on each named defendant;

☐   One copy of the order of the Court directing the United States Marshal to serve each named defendant.

Please forward the forms and copies to:

Office of the United States Marshal
United States Courthouse
Civil Section-Room 1500
1 Courthouse Way
Boston, Massachusetts 02210

---

[1] Currently, the Clerk's Office charges a fee of $.10 per page for the printing of documents that are available electronically and a fee of $.50 per page for documents that must be copied manually. See Fee Schedule-District of Massachusetts.