UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-12086-WGY</u>

JOHNSON
Plaintiff

v.

DENNEHY
Defendant

<u>ORDER OF DISMISSAL</u>

YOUNG, C.J.

     For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as of SEPT. 20, 2005 , it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

/s/ Elizabeth Smith

Deputy Clerk

September 20, 2005

To: All Counsel