U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| Field | Entry |
|---|---|
| PLAINTIFF | Steven M. Johnson |
| DEFENDANT | St. Thomas Ficco et al |
| COURT CASE NUMBER | 04 12086 WGY |
| TYPE OF PROCESS | Civil |
| SERVE NAME | St. Thomas Ficco IPS MCI Norfolk |
| ADDRESS | P.O. Box 43 Norfolk MA 02 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Steven M. Johnson 155865
13800 McMullen Hwy NB
Cumberland MD 21502

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 6
Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
DATE: 5-17-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 37
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: Nancy Inlavera
Date: 8/10/05

REMARKS: Served by cert mail 9/1/05

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____   District of   _____ MASSACHUSETTS _____

STEVEN M. JOHNSON
        Plaintiff
V.

SUPERINTENDENT LUIS SPENCER,
ET AL.,
        Defendants

**SUMMONS IN A CIVIL CASE**

CASE      C.A. 04-12086-WGY

**TO:** (Name and address of Defendant)

### SGT. THOMAS FICO

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEVEN M. JOHNSON, PRO SE

* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you,  _____20*_____  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON        APRIL 6, 2005
CLERK        DATE

_[signature]_
(By) DEPUTY CLERK